UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA MURRAY, individually, and on behalf of her minor children, MICHAEL MORROW and TINISHA MORROW, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE METROPOLITAN GOVERNMENT OF NASHVILLE, DAVIDSON COUNTY, OFFICER JASON HUNTER, and UNKNOWN OFFICERS, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | No. 3:06-0570<br>Judge Echols |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Motion for Summary Judgment filed by the Defendant Metropolitan Government of Nashville and Davidson County (Docket Entry No. 14) is hereby GRANTED. The Motion for Summary Judgment filed by the Defendant Jason Hunter (Docket Entry No. 18) is also hereby GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE